06-22505.o1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-22505-CIV-COOKE-BROWN

ARMANDO ROJAS,

    Plaintiff,

vs.

KSI SECURITY SERVICES, INC., et al.,

    Defendants.
_____/

## ORDER RE: MOTION TO COMPEL AND FOR SANCTIONS

**THIS MATTER** is before this Court on Plaintiff's Motion to Compel Discovery and for Sanctions, filed March 7, 2007. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

Initially, the Court rejects defendant's claim that there has been insufficient compliance with local Rule 7.1.A.3. The facts in the case of H2Ocean, Inc. V. Schmitt, 2006 U.S. Dist. LEXIS 92783 (N.D. Fla. 2006), relied on by defendant, are so far different from the facts herein as to require only minimal comment. In that case, the "efforts" made consisted of two phone calls within hours of each other and an immediate filing of a motion to compel. In this case plaintiff sent a letter to counsel by fax and mail on January 31, 2007, asking for discovery by February 6, 2007...and this motion was not filed until March 7, 2007.  The Court notes, with more than passing interest, that there's no indication that defense counsel did not receive that letter.  The Local Rule requires "reasonable effort" - not effort<u>s</u> (emphasis added).

Defendant has now provided discovery, in part.  There is still no indication that defendants' Rule 26(a)(1) Initial Disclosures have been made.  Therefore, as to the motion to compel, the motion

1

is **DENIED**, as to the interrogatories and request for production (as moot), but **GRANTED** as to the Initial Disclosures. Defendants shall have five (5) days from the date of this order to provide same.

In addition, plaintiff is quite correct that the issue of sanctions remains. FRCP 37 (a)(4) states in pertinent part "[I]f the motion is granted <u>or if the disclosure or requested discovery is provided after the motion was filed</u>, the court <u>shall</u>, after affording an opportunity to be heard, require the party ...whose conduct necessitated the...pay to the moving party the reasonable expenses incurred in making the motion, including attorney's fees unless..." (emphasis added).

Therefore, it is further **ORDERED AND ADJUDGED** that defendant shall have five (5) days from the date of this order to show good cause, in writing, why said sanctions should not be imposed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of April, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE